**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6710**

RICARDO GUTIERREZ DEPINERES,

                                        Plaintiff - Appellant,

          versus

WILLIE SCOTT, Warden; JAMES BROWN, Chaplain;
MR. CHOATES, Assistant Warden Operations;
MELVIN LEE, Contract Administrator,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-248-5-BO)

Submitted:  August 28, 2003        Decided:  September 4, 2003

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ricardo Gutierrez DePineres, Appellant Pro Se.  Jason Robert Davis,
KAUFMAN & CANOLES, Norfolk, Virginia; Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricardo Gutierrez DePineres filed a notice of appeal in his civil rights action, which is pending in the district court. The district court has not yet entered a final order in this case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the district court has not entered a final order or an appealable interlocutory or collateral order, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED